UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BRIGIDA CORSINO, *individually and on behalf of others similarly situated,*

CASE NO.: 1:23-cv-06701-RER-JAM

      Plaintiff,

**NOTICE OF MOTION**

  v.

EL MONUMENTAL RESTAURANT, INC., a New York Corporation, *and* DAVID CABA, *an individual,*

      Defendants.
-----------------------------------------------------X

      **PLEASE TAKE NOTICE THAT**, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure 55(b)(2), Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and rule 4(G) of this Court's Individual Rules of Practice in Civil Cases, Plaintiff, through his undersigned counsel, moves for default judgement against Defendants El Monumental Restaurant, Inc., and David Caba.

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

      Dated: May 8, 2024

      Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Plaintiff*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ. (NK4223)
klein@nklegal.com
amy@nklegal.com

**TO:**

**EL MONUMENTAL RESTAURANT, INC.**
**144-28 Hillside Avenue**
**Jamaica, NY 11435**

**DAVID CABA**
**144-28 Hillside Avenue**
**Jamaica, NY 11435**