UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CORSINO,

                       Plaintiff,                    JUDGMENT

      v.

                                             23-CV-6701 (RER) (JAM)

EL MONUMENTAL RESTAURANT
AND DAVID CABA,

                     Defendants.
---------------------------------------------------------------X

       A Memorandum and Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on November 21, 2024, denying Plaintiff's motion as to Individual Defendant; granting in part and denying in part as to Corporate Defendant without prejudice; awarding Plaintiff damages totaling $81,173.72, consisting of (1) $34,958 for unpaid minimum wages, (2) $34,958 for liquidated damages, (3) $11,257.72 for prejudgment interest on $34,958 at a rate of nine percent per year from April 25, 2021, until November 21, 2024, (4) and post-judgment interest fifteen percent penalty under the NYLL if damages remain unpaid for at least ninety days from the date of judgment or at least ninety days after the expiration to appeal and no appeal is pending; it is

       ORDERED and ADJUDGED that Plaintiff's motion is denied as to Individual Defendant and denied in part and granted in part as to Corporate Defendant without prejudice; and that Plaintiff is awarded damages totaling $81,173.72, consisting of (1) $34,958 for unpaid minimum wages, (2) $34,958 for liquidated damages, (3) $11,257.72 for prejudgment interest on $34,958 at a rate of nine percent per year from April 25, 2021, until November 21, 2024, (4) and post-judgment interest fifteen percent penalty under the NYLL if damages remain unpaid for at least ninety days from the date of judgment or at least ninety days after the expiration to appeal and no appeal is pending.

Dated: Brooklyn, New York  
November 21, 2024

Brenna B. Mahoney  
Clerk of Court

By:  <u>/s/Jalitza Poveda</u>  
Deputy Clerk